United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIM ACTION NO. 3:21-cr-16 |
| | § | |
| JONATHAN KANATZAR | § | |

## **ORDER**

The court has considered the fifth unopposed motion for a continuance, wherein counsel for the defendant, Jonathan Kanatzar, has represented that more time is needed to complete his investigation and analysis, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Dkt. 19.

Based on the representations made in the motion, the court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The motion is therefore granted. It is hereby ordered that a period of excludable delay shall commence on April 21, 2022, pursuant to Title 18

U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by July 11, 2022.

Responses shall be filed by July 18, 2022.

A pretrial conference is set for Thursday, July 21, 2022 at 10:30 am.

Trial in this case is set for Monday, August 1, 2022 at 9:00 am.

Signed on Galveston Island this 25th day of April, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE