IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                                                                        Cr. No. 3:21-016

JONATHAN MOSES KANATZAR

**UNOPPOSED MOTION FOR CONTINUANCE**

The Defendant, Jonathan Moses Kanatzar moves this Court for a 90 day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Kanatzar is charged with distribution of child pornography; receipt of child pornography; and possession of child pornography. The pretrial motions deadline is July 11, 2022, the pretrial conference is set for July 21, 2022, and trial is set for August 1, 2022, at 9:00 a.m. Mr. Kanatzar is on bond and reside in Rhode Island.

Discovery in this case is ongoing, and undersigned counsel has begun his own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation.

Specifically, defense counsel needs additional time to review digital forensic evidence in this case prior to trial. The government and defense counsel are in the

process of resolving a technical issues to allow undersigned counsel to view a tablet device in a "native viewing" format.

Undersigned counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Kanatzar.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Amr A. Ahmed
AMR A. AHMED
Assistant Federal Public Defender
Southern District of Texas No. 3088803
Virginia State Bar No. 81787
440 Louisiana, Suite 1350
Houston, TX 77002-1056
   Telephone:  713.718.4600
   Fax:            713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Christine Lu and determined that the United States is unopposed to this motion for continuance.

s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on July 8, 2022, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Christine Lu.

s/ Amr A. Ahmed
AMR A. AHMED